7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* Damon Edward Sailsbury and Betty Jane Sailsbury<br>–––BELOW MED–––<br>*Debtor* | *Bankruptcy Case No.*<br>15–61142–abf13 |
| **Damon Edward Sailsbury**<br>**Betty Jane Sailsbury**<br>Plaintiff(s) | *Adversary Case No.*<br>16–06005–abf |
| v. | |
| **Great Southern Bank**<br>Defendant(s) | |

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED**: That judgment is hereby entered in favor of the Plaintiffs, Damon Edward Sailsbury and Betty Jane Sailsbury, and against the Defendant, Great Southern Bank, as prayed for in the Complaint to Avoid Wholly Unsecured Lien in Real Estate. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Deed of Trust dated December 5, 2006, held by Defendant, Great Southern Bank, in the approximate sum of $31,371.63, and filed with the recorder of Greene County, Missouri, on December 15, 2006, document number 2006L65874, book 0505, pages 1399–1408 is cancelled and avoided effective at such time as Plaintiffs receive a Chapter 13 Discharge Case No. 15–61142–abf13.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 4/6/16

Court to serve